268 F.2d 221
 HAWKEYE-SECURITY INSURANCE COMPANY
v.
INDEMNITY INSURANCE COMPANY OF NORTH AMERICA.
 No. 6092.
 United States Court of Appeals Tenth Circuit.
 May 29, 1959.
 
 Appeal from the United States District Court for the District of Colorado.
 .forrest C. O'Dell, Denver, Colo., for appellant.
 James L. Treece, Denver, Colo., for appellee.
 Before BRATTON, Chief Judge, and HUXMAN and LEWIS, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed without written opinion. See also 10 Cir., 260 F.2d 361.